USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
                                         :     **22 CR 144 (VM)**
         -against-                       :     **ORDER**
                                         :
LEONARDO BUENO COPLIN, PEDRO             :
MEJIA,                                   :
                                         :
                    Defendants.          :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The status conference scheduled for July 8, 2022 is hereby adjourned until September 16, 2022 at 11:30 a.m. All parties to this action consent to an exclusion of time from the Speedy Trial Act until September 16, 2022.

    It is hereby ordered that time until September 16, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         June 30, 2022

_____
Victor Marrero
U.S.D.J.