**Federal Defenders**
OF NEW YORK, INC.

52 Duane Str[eet]
Te[l...]

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2022

Sep[tember ...]

**BY ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Request **GRANTED**.
The condition of curfew enforced by location monitoring is hereby removed.

**SO ORDERED.**
9/7/2022
DATE          VICTOR MARRERO, U.S.D.J.

    Re:   <u>United States v. Leonaldo Bueno Coplin</u>
           22 Cr. 144 (VM)

Dear Judge Marrero:

    I write, without objection from Pretrial Services or the Government, to request that the Court modify Mr. Bueno-Coplin's bail conditions as follows:

1. Remove the condition of a curfew enforced by location monitoring.

    On December 8, 2021, Mr. Bueno-Coplin was released on bond with the following conditions: a $75,000 unsecured personal recognizance bond signed by 3 financially responsible persons; Pretrial Services supervision as directed: home detention with GPS monitoring; travel limited to SDNY/ENY and ED PA (and points in between for purposes of travel; surrender all travel documents; and continue or seek employment.

    On May 27, 2022, the Court modified Mr. Bueno-Coplin's bail by replacing the condition of home detention with a curfew enforced by location monitoring and by permitting travel to the District of New Jersey for purposes of work.

    Since his initial release nine months ago, Mr. Bueno-Coplin has fastidiously abided by his conditions of release. He remains employed full time as a house painter, and he has demonstrated that a curfew condition is not necessary to ensure his presence in court or to ensure the safety of the community.

Therefore, I respectfully request that the Court modify his bail conditions as requested.

                                                Respectfully submitted,

                                                */s/ Amy Gallicchio*

                                                _____
                                                Amy Gallicchio
                                                Assistant Federal Defender
                                                O: 212-417-8728
                                                M: 917-612-3274

Cc:    AUSA Thomas Burnett