**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-
Tel: (2

*David E. Patton*
Executive Director

*Southern District of New York*
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2022

October 25, 2022

**BY ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Leonaldo Bueno Coplin**
               **22 Cr. 144 (VM)**

Dear Judge Marrero:

      I write, without objection from Pretrial Services or the Government, to request that the Court modify Mr. Bueno-Coplin's bail conditions as follows:

1. Permit travel to the District of Delaware for purposes of work.

      On December 8, 2021, Mr. Bueno-Coplin was released on bond with the following conditions: a $75,000 unsecured personal recognizance bond signed by 3 financially responsible persons; Pretrial Services supervision as directed: home detention with GPS monitoring; travel limited to SDNY/ENY and ED PA (and points in between for purposes of travel; surrender all travel documents; and continue or seek employment. On May 27, 2022, the Court modified Mr. Bueno-Coplin's bail by replacing the condition of home detention with a curfew enforced by location monitoring and by permitting travel to the District of New Jersey for purposes of work. And on September 7, 2022, the Court again modified Mr. Bueno-Coplin's bail by removing the condition of curfew enforced by location monitoring.

      Mr. Bueno-Coplin recently secured a new job in Delaware and respectfully requests that his travel restrictions be modified so that he is permitted to travel to the District of Delaware for work purposes. Mr. Bueno-Coplin remains in full compliance with his conditions of release and has provided proof of his employment to his Pretrial Services Officer.

      Respectfully submitted,

      /s/ Amy Gallicchio
      _____
      Amy Gallicchio
      Assistant Federal Defender
      O: 212-417-8728
      M: 917-612-3274

**Request GRANTED.** The Court hereby grants Defendant's request to modify his bail conditions to allow him to travel to the District of Delaware for purposes of work.

**SO ORDERED.**

10/26/2022
DATE

VICTOR MARRERO, U.S.D.J.