```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA     :

      - v. -            :

LEONARDO BUENO COPLIN,       :

      Defendant.          :

- - - - - - - - - - - - - - - - x

**ORDER**

22 CR 144 (VM)

      WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on December 12, 2022;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
        January 17, 2023

_____
Victor Marrero
U.S.D.J.