```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

    - against -

LEONARDO BUENO COPLIN, PEDRO MEJIA,

                    Defendants.

---

**22 CR 144 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled for January 20, 2023 in the above-captioned matter is hereby adjourned. The sentencing of defendant Leonardo Bueno Coplin is hereby scheduled for April 14, 2023 at 1:00 p.m. The sentencing of defendant Pedro Mejia is hereby scheduled for April 14, 2023 at 2:00 p.m.

**SO ORDERED.**

Dated:   17 January 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.