**Federal Defenders
OF NEW YORK, INC.**

52 Duane Street-10th
Tel: (212)

*David E. Patton*
Executive Director
and Attorney-in-Chief

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2023

*Jennifer L. Brown*
Attorney-in-Charge

May 24, 2023

**VIA ECF**
The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Leonardo Bueno Coplin**,
             **22 CR. 144 (VM)**

Dear Judge Marrero:

    I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Leonardo Bueno Coplin's passport to Ms. Zabala, his partner, or to a representative from my office. Mr. Bueno Coplin's passport was surrendered to Pretrial Services during the pendency of his criminal case. On April 17, 2023, Mr. Bueno Coplin received a sentence of time served with five years of probation. Pretrial Services has informed my office that they can only release Mr. Bueno Coplin's passport pursuant to a Court order. We thus respectfully request that the Court order the release of his passport.

                Respectfully submitted,

                /s/ Amy Gallicchio
                Amy Gallicchio, Esq.
                Assistant Federal Defender
                Tel.: (212) 417-8728



**Request GRANTED.** The Court hereby directs Pretrial Services to return Defendant's passport to any of the persons specified by Defendant.

**SO ORDERED.**

5/30/2023
DATE

VICTOR MARRERO, U.S.D.J.